# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JAMES A. PALUCH, JR., | : No. 183 WAL 2018 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| JEFFREY A. BEARD, WILLIAM S. | : |
| STICKMAN III, GERALD L. ROZUM, | : |
| STEVEN M. GATES, ALLEN G. JOSEPH, | : |
| DANIEL GEHLMANN, MANDY BISER, | : |
| ROBERT SNYDER, ROBERT S. BITNER, | : |
| DONALD WILLIAMSON, MELISSA | : |
| HUGHES, TIMOTHY LUCAS, SUSAN | : |
| DARR AND JOHN DOE OFFICER #1, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.